B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bakery Machinery & Fabrication, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3745617** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**307 Bakery Avenue**<br>**Peru, IL**<br>ZIP Code **61354** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**La Salle** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)
☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)
■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
■ Debts are primarily
  business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(12/11)                                                                                            Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bakery Machinery & Fabrication, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Bakery Machinery & Fabrication, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Raymond R. Nolasco**
Signature of Attorney for Debtor(s)

**Raymond R. Nolasco 6201708**
Printed Name of Attorney for Debtor(s)

**Law Firm of Raymond R. Nolasco**
Firm Name

**3815 Progress Blvd., Suite A**
**Peru, IL 61354**

_____
Address

**Email: NolascoLaw@comcast.net**
**815-224-8157  Fax: 815-224-8159**
Telephone Number

**June 30, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Cloyd W. Barnes, Jr.**
Signature of Authorized Individual

**Cloyd W. Barnes, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 30, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Bakery Machinery & Fabrication, Inc.** ,      Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 35,973.47 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 70,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 104,913.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 744,090.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 35,973.47 | | |
| Total Liabilities | | | | 919,003.98 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Bakery Machinery & Fabrication, Inc.**              ,     Case No. _____

                        Debtor

                                                              Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Bakery Machinery & Fabrication, Inc.**       ,      Case No. _____
                                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Bakery Machinery & Fabrication, Inc.** _____ ,   Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account located at Wells Fargo Bank** | - | 643.47 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **643.47**
(Total of this page)

____3____ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bakery Machinery & Fabrication, Inc.**                    ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Various Accounts Receivable** | - | 19,800.00 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **19,800.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bakery Machinery & Fabrication, Inc.** ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1973 Clark van trailer, 1972 Strick van trailer, 1970 Pines van trailer, Lalrosse van trailer, Freuhauf van trailer, TrailMovile flat bed trailer, 1988 chevy pickup 1500 180,000 miles located at 307 Bakery Avenue, Peru, IL  61354** | - | 3,650.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >    **3,650.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Bakery Machinery & Fabrication, Inc.**                                    ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | various machinery, fixtures, equipment and supplies used in business including:  3-Mild Steel Silo's, Caustic Bath, Werner LaHara High Velocity Dryer, 6-Green Carbon Steel Dough Troughs, 2-Green Stainless Steel Dough Troughs, picnic table, reception/secretary desk, 3-metal office desk, 5-metal file cabinets, blueprint filing cabinet, wooden copy machine table, 3-chairs with wheels, 3-desk top computers with monitors, printer, fax machine, typewriter, Hyster Propane Forklift, Hand jack, Apron break, Niagara Shear, Nibbler machine, Vertical Mill, Niles Horizontal Lathe, Craftsman Horizontal Lathe, Plasma cutter, Mig Welder, Stick Welder, 2-Drill Presses, Belt Sander, Horizontal Band Saw, Rockwell Vertical Band Saw, rolling machine, Threading Machine, Grinder, Sandblast machine, paint gun, Lock Out/Tag Out Safety Center, Miscellaneous hand tools, assorted fasteners, nuts, bolts, washers, assorted steel, structural and sheet steel, assorted jigs and fixtures, wheel barrow, 3-machine ovens, BMF Recirculating Oven Shell, Three Tier Oven, Over and Under Band Brush, Fold Over Line | - | 11,880.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | 11,880.00 |
| (Total of this page) | |
| Total > | 35,973.47 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Bakery Machinery & Fabrication, Inc.**                                          ,    Case No. _____
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **unknown**<br><br>**LaSalle State Bank**<br>**654 First Street**<br>**La Salle, IL 61301** | X | - | | | **2008**<br><br>**PMSI vehicles, trailers, machinery, fixtures, equipment**<br><br>**various vehicles, trailers, machinery, equipment and supplies** | | | X | | |
| | | | | | Value $               **15,530.00** | | | | **70,000.00** | **54,470.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | Subtotal | |
|---|---|---|
| **0** continuation sheets attached | (Total of this page) | **70,000.00** | **54,470.00** |
| | Total | |
| | (Report on Summary of Schedules) | **70,000.00** | **54,470.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Bakery Machinery & Fabrication, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Bakery Machinery & Fabrication, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx5617** <br><br>**Illinois Department of Revenue** <br>**PO Box 19035** <br>**Springfield, IL 62794** | - | | 12/2001 <br><br> Il Business Income Tax | | X | | 29,973.12 | 0.00 | 29,973.12 |
| Account No. **xx-xxx5617** <br><br>**Internal Revenue Service** <br>**2001 Butterfield Road** <br>**Downers Grove, IL 60515** | - | | 2000-2001 <br><br> 1120 Tax | | X | | 74,940.06 | 0.00 | 74,940.06 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to <br> Schedule of Creditors Holding Unsecured Priority Claims | Subtotal <br> (Total of this page) | 0.00 <br> 104,913.18 | 104,913.18 |
| | Total <br> (Report on Summary of Schedules) | 0.00 <br> 104,913.18 | 104,913.18 |

B6F (Official Form 6F) (12/07)

In re    **Bakery Machinery & Fabrication, Inc.**                    ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx1306**<br><br>**A & B Auto Supply**<br>**PO Box 1295**<br>**La Salle, IL 61301** | | - | | | various dates<br>account | | X | | 594.94 |
| Account No. **xJ144**<br><br>**Airgas North Central**<br>**1801 Marinette Avenue**<br>**PO Box 257**<br>**Marinette, WI 54143** | | - | | | various dates<br>account | | X | | 51.19 |
| Account No. **xxxx3014**<br><br>**Ameren IP c/o State Collection Svc**<br>**2509 S. Stoughton Road**<br>**Madison, WI 53701** | | - | | | various dates<br>account | | | | 90.12 |
| Account No. **unknown**<br><br>**Apple Press**<br>**329 N. 25th Road**<br>**Peru, IL 61354** | | - | | | various dates<br>account | | X | | 96.60 |

__16__  continuation sheets attached

Subtotal
(Total of this page)                832.85

B6F (Official Form 6F) (12/07) - Cont.

In re **Bakery Machinery & Fabrication, Inc.** ,      Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0381** <br><br> **Applied Industrial Technologies** <br> **2901 Peoria Street** <br> **Peru, IL 61354** | - | | various dates <br> account | | X | | 129.60 |
| Account No. **unknown** <br><br> **Applied Land Analysis, Inc.** <br> **PO Box 651** <br> **Plainfield, IL 60544** | - | | 11/2007 <br> account | | X | | 275.00 |
| Account No. **xxxxxxxxxx2127** <br><br> **AT&T** <br> **PO Box 7951** <br> **Westbury, NY 11590** | - | | various dates <br> services rendered | | X | | 395.36 |
| Account No. **xxxxxxx28-01** <br><br> **AT&T c/o Afni, Inc.** <br> **1310 MLK Drive** <br> **PO Box 3517** <br> **Bloomington, IL 61702** | - | | various dates <br> services rendered | | X | | 151.63 |
| Account No. **xxx710-2** <br><br> **Automation Now, Inc.** <br> **PO Box 494** <br> **Cypress, CA 90630** | - | | various dates <br> account | | X | | 2,000.00 |

Sheet no. __1__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      2,951.59

B6F (Official Form 6F) (12/07) - Cont.

In re **Bakery Machinery & Fabrication, Inc.** ,                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2643** <br><br> **B.E.M.A.** <br> **7101 College Blvd., Suite 1505** <br> **Overland Park, KS 66210** | - | | | 11/2006 <br> account | | X | | 1,250.00 |
| Account No. **xxx0245** <br><br> **BDI** <br> **25 South Sixth Street** <br> **Princeton, IL 61356** | - | | | various dates <br> account | | X | | 98.36 |
| Account No. **unknown** <br><br> **Beacut Abrasives Corp** <br> **788 Paterson Avenue** <br> **East Rutherford, NJ 07073** | - | | | varrious dates <br> account | | X | | 128.65 |
| Account No. **BMFIL** <br><br> **Berndorf Beat Technology USA** <br> **2525 Bath Road** <br> **Elgin, IL 60123** | - | | | various dates <br> account | | X | | 10,624.04 |
| Account No. **BMF** <br><br> **Carlin Automation, Inc.** <br> **PO Box 3431** <br> **1725 20th Street** <br> **Rock Island, IL 61201** | - | | | 11/2007 <br> account | | X | | 52.20 |

Sheet no. __2__ of __16__ sheets attached to Schedule of                    Subtotal                    
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)              12,153.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bakery Machinery & Fabrication, Inc.** _____,   Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx8924**<br><br>**Chamlin & Associates**<br>**3017 Fifth Street**<br>**Peru, IL 61354** | - | | | various dates<br>account | | X | | 444.21 |
| Account No. **xx-xxxx65-02**<br><br>**City of Peru**<br>**1901 Fourth Street**<br>**PO Box 299**<br>**Peru, IL 61354** | - | | | various dates<br>account | | X | | 17,265.88 |
| Account No. **xx613A**<br><br>**Clearco Products Co. Inc.**<br>**3430G Progress Drive**<br>**PO Box 923**<br>**Bensalem, PA 19020** | - | | | 11/2006<br>account | | X | | 56.38 |
| Account No. **9183**<br><br>**Complete Indusctial & Electric**<br>**1220 Wenzel Road**<br>**Peru, IL 61354** | - | | | various dates<br>account | | X | | 10,303.25 |
| Account No. **xxxx-xxxx-xxxx-2113**<br><br>**Crescent Electric Supply Co.**<br>**HSBC**<br>**PO Box 5239**<br>**Carol Stream, IL 60197** | - | | | various dates<br>account | | X | | 781.44 |

Sheet no. __3__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **28,851.16**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bakery Machinery & Fabrication, Inc.**                                    ,    Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx9971** <br><br> **Culligan Water Conditioning** <br> **413 West Jefferson Street** <br> **Ottawa, IL 61350** | - | | | various dates <br> account | | X | | 562.84 |
| Account No. **2268** <br><br> **Debo Ace Hardware** <br> **1713 4th Street** <br> **Peru, IL 61354** | - | | | various dates <br> account | | X | | 363.43 |
| Account No. **xxxxxxxx6 BMF** <br><br> **Double R Mfg.** <br> **Box 107** <br> **310 Walnut Street** <br> **Leonore, IL 61332** | - | | | various dates <br> account | | X | | 288.42 |
| Account No. **BMF** <br><br> **Elmore Electric, Inc.** <br> **205 North Street - Dover** <br> **Princeton, IL 61356** | - | | | various dates <br> account | | X | | 13,112.87 |
| Account No. **unknown** <br><br> **Evergreen Supply Company** <br> **9501 Torrance Avenue** <br> **Chicago, IL 60617** | - | | | various dates <br> account | | X | | 3,538.29 |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     17,865.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bakery Machinery & Fabrication, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **BAKERY** | | | | various dates account | | | | |
| Fabrication Specialties 8301 South 77th Avenue Bridgeview, IL 60455 | - | | | | | X | | 131.06 |
| Account No. **xxxxx0167** | | | | various dates account | | | | |
| Fastenal # 2 Unytite Drive Peru, IL 61354 | - | | | | | X | | 532.83 |
| Account No. **x1682** | | | | various dates account | | | | |
| Ferguson Enterprises, Inc. 1401 N. Cicero Avenue Chicago, IL 60651 | - | | | | | X | | 45.02 |
| Account No. **xxxx9915** | | | | various dates account | | | | |
| Ferrellgas PO Box 173940 Denver, CO 80217 | - | | | | | X | | 6.00 |
| Account No. **xxx5919** | | | | various dates account | | | | |
| G & K Services 5611  11th Street Rockford, IL 61109 | - | | | | | X | | 18.92 |

Sheet no. __5__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

733.83

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bakery Machinery & Fabrication, Inc.** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **8039**<br><br>Greg Prey Trucking<br>237 First Street<br>La Salle, IL 61301 | | - | | | 6/2009<br>services rendered | | X | | 400.00 |
| Account No. **EMF**<br><br>Home Comfort Insulation<br>3110 West Alta Lane<br>Peoria, IL 61615 | | - | | | 9/2009<br>account | | X | | 2,120.00 |
| Account No. **xxxx-xxxx-xxxx-2113**<br><br>HSBC Business Solutions<br>PO Box 5239<br>Carol Stream, IL 60197 | | | | | various dates<br>account | | X | | 3,512.59 |
| Account No. **xxxxx8430**<br><br>Indiana Insurance Company<br>PO Box 2056<br>Keene, NH 03431 | | - | | | various dates<br>account | | X | | 169.75 |
| Account No. **unknown**<br><br>Joe Hatzer & Sons<br>602 Lundy Street<br>Streator, IL 61364 | | - | | | various dates<br>account | | X | | 13.11 |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,215.45**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bakery Machinery & Fabrication, Inc.** _____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x9120** <br><br> **John Pohar & Sons** <br> **2253 Crosat Street** <br> **La Salle, IL 61301** | | - | | 12/2007 <br> account | | X | | 3,136.00 |
| Account No. **BMF** <br><br> **King Tire** <br> **237 First Street** <br> **La Salle, IL 61301** | | - | | various dates <br> account | | X | | 38.00 |
| Account No. **unknown** <br><br> **Kurt Geldean Excavating** <br> **25069  1200 E Street** <br> **Walnut, IL 61376** | | - | | 10/2006 <br> account | | X | | 500.00 |
| Account No. **xxx3924** <br><br> **Landstar Inway** <br> **12793 Collections Crt Drive** <br> **Chicago, IL 60693** | | - | | 06/06/2007 <br> account | | X | | 635.00 |
| Account No. **228** <br><br> **Lawn and Garden** <br> **240 First Street** <br> **La Salle, IL 61301** | | - | | various dates <br> account | | X | | 39.43 |

Sheet no. _7_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,348.43**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bakery Machinery & Fabrication, Inc.**                                    ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x1775**  Leone Grain & Supply Inc. Rt. 1 3052 E 103rd Road Peru, IL 61354 | - | | | 08/2009 account | | X | | 100.00 |
| Account No. **x3729**  Lost Creek Machine 3277 E18th Road Ottawa, IL 61350 | - | | | 09/2007 account | | X | | 28.01 |
| Account No. **BS06**  Lumsden Corp PO Box 4647 Lancaster, PA 17604 | - | | | 3/2007 account | | X | | 4,135.42 |
| Account No. **2742**  Magna Mixer Company 7811 Palace Drive Cincinnati, OH 45249 | - | | | 10/2007 account | | X | | 155.22 |
| Account No. **x0079**  Marengo Value and Foundry LLC PO Box 46 Marengo, IL 60152 | - | | | 7/2009 account | | X | | 16.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,434.65

B6F (Official Form 6F) (12/07) - Cont.

In re **Bakery Machinery & Fabrication, Inc.** ,                    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x8840** | | | | | 06/2007 account | | | | |
| Maxon PO box 2068 Muncie, IN 47307 | - | | | | | | X | | 1,099.53 |
| Account No. **xxxx4001** | | | | | various dates account | | | | |
| McMaster-Carr Supply Company PO Box 7690 Chicago, IL 60680 | - | | | | | | X | | 28.72 |
| Account No. **xxxx-xxxx-xxxx-5681** | | | | | various dates account | | | | |
| Menards/HSBC Business Solutions PO Box 4160 Carol Stream, IL 60197 | - | | | | | | X | | 3,939.07 |
| Account No. **xxK130** | | | | | various dates account | | | | |
| Mertel Gavel Company 2400 West Water Street Peru, IL 61354 | - | | | | | | X | | 192.70 |
| Account No. **xx3508** | | | | | 08/2009 account | | | | |
| MH Equipment - Ottawa 4110 M.W.M Lane Ottawa, IL 61350 | - | | | | | | X | | 123.49 |

Sheet no. __9___ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,383.51

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bakery Machinery & Fabrication, Inc.**                                    ,          Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **various invoice numbers** | | | | | various dates account | | | | |
| Michael D. Barge and Assoc PO Box 5091 Rockford, IL 61125 | - | | | | | | X | | 200.61 |
| Account No. **xxxx-xx9214** | | | | | 09/2010 account | | | | |
| Motion Industries 2017 Fourth Street Peru, IL 61354 | - | | | | | | X | | 38.00 |
| Account No. **xxxx3680** | | | | | various dates account | | | | |
| MSC Industrial Supply 75 Maxess Road Melville, NY 11747 | - | | | | | | X | | 446.16 |
| Account No. **unknown** | | | | | various dates account | | | | |
| Munson Excavating & Septic 3518 E 9th Road Utica, IL 61373 | - | | | | | | X | | 625.00 |
| Account No. **xx5627** | | | | | various dates account | | | | |
| News Tribune 426 Second Street La Salle, IL 61301 | - | | | | | | X | | 545.59 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,855.36

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bakery Machinery & Fabrication, Inc.** ,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **unknown** <br><br> Novoselsky Law Offices <br> 120 North LaSalle Street <br> Suite 1400 <br> Chicago, IL 60602 | - | | | | various dates <br> legal services | | X | | **Unknown** |
| Account No. **xxMA.26** <br><br> Penton Media, Inc <br> 1300 East 9th Street <br> Cleveland, OH 44114 | - | | | | 11/2005 <br> account | | X | | 325.00 |
| Account No. **unknown** <br><br> Peru Trade Center (PDLT) <br> 300 West Fifth Street <br> Peru, IL 61354 | - | | | | various dates <br> account | | X | | 8,000.00 |
| Account No. **unknown** <br><br> Putnam County Painting <br> PO Box 20 <br> Rt. 71 Mark Industrial Park <br> Mark, IL 61340 | - | | | | 8/2007 <br> account | | X | | 1,542.21 |
| Account No. **unknown** <br><br> Quick Kill <br> Streator, IL 61364 | - | | | | various dates <br> account | | X | | 290.00 |

Sheet no. __11__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **10,157.21**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bakery Machinery & Fabrication, Inc.**                                        ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **unknown** | | | | **2009** account | | | | |
| Rickey Sales & Service, Inc. Third and Railroad Henry, IL 61537 | - | | | | | X | | |
| | | | | | | | | 1,177.64 |
| Account No. **x6314** | | | | **various dates** account | | | | |
| Rockford Industrial Welding Supply 4646 Linden Road Rockford, IL 61109 | - | | | | | X | | |
| | | | | | | | | 1,521.54 |
| Account No. **xxx3526** | | | | **various dates** account | | | | |
| RSC Equipment Rental 2901 N Peoria Street Peru, IL 61354 | - | | | | | X | | |
| | | | | | | | | 3,982.98 |
| Account No. **x7207** | | | | **various dates** account | | | | |
| Russell, English, Scoma & Beneke Ten Park Avenue West Princeton, IL 61356 | - | | | | | X | | |
| | | | | | | | | 17,958.39 |
| Account No. **xx_xx7436** | | | | **4/2011** account | | | | |
| Sandvik Process Systems, Inc. 21 Campus Road Totowa, NJ 07512 | - | | | | | X | | |
| | | | | | | | | 8,217.18 |

Sheet no. __**12**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**32,857.73**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bakery Machinery & Fabrication, Inc.**                          ,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x3555**<br><br>Smith's Sales and Service<br>1604 Peoria Street<br>Peru, IL 61354 | | - | | 11/2007<br>services rendered | | X | | 65.17 |
| Account No. **unknown**<br><br>Solution Staffing<br>141 Gooding Street<br>La Salle, IL 61301 | | - | | various dates<br>account | | X | | 1,337.73 |
| Account No. **x8126**<br><br>Specialized Staffing Solutions<br>PO Box 931974<br>Cleveland, OH 44193 | | | | 2007<br>account | | X | | 477.36 |
| Account No. **5398**<br><br>Springfield Electric Supply Co.<br>PO Box 400<br>Peru, IL 61354 | | - | | various dates<br>account | | X | | 965.97 |
| Account No. **x0156**<br><br>Steyer Seeds<br>107 Cedar Grove Road<br>Mendota, IL 61342 | | - | | 06/2010<br>account | | X | | 46.75 |

Sheet no. __13__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,892.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bakery Machinery & Fabrication, Inc.** ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8322**<br><br>**Streator Machine Co.**<br>**504 E. Larue Street**<br>**Streator, IL 61364** | - | | 03/2007<br>account | | X | | 700.00 |
| Account No. **9233**<br><br>**Thomas Net**<br>**5 Penn Plaza**<br>**New York, NY 10001** | - | | various dates<br>account | | X | | 8,897.58 |
| Account No. **xx-xC-241**<br><br>**Thomas Publishing Co LLC**<br>**c/o Attorney Robert Steele**<br>**PO Box 517**<br>**La Salle, IL 61301** | - | | 2009<br>account | | X | | **Unknown** |
| Account No. **xxx xxx2-010**<br><br>**Tishler & Wald, Ltd.**<br>**200 South Wacker Drive, Suite 3000**<br>**Chicago, IL 60606** | - | | various dates<br>account | | X | | 3,914.50 |
| Account No. **2088**<br><br>**TJS Excatving, Inc.**<br>**PO Box 744**<br>**1603 W. Division Street**<br>**Mendota, IL 61342** | - | | 11/2007<br>account | | X | | 1,245.00 |

Sheet no. __**14**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     14,757.08

B6F (Official Form 6F) (12/07) - Cont.

In re **Bakery Machinery & Fabrication, Inc.** ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **unknown account** | | | | various dates account | | | | |
| Traditional Banking Company c/o Allied national, Inc. 980 No. Michigan Ave., Ste 1400 Chicago, IL 60611 | - | | | | | X | | 582,000.00 |
| Account No. **xxxx6519** | | | | 06/2008 account | | | | |
| Tsetse Fly 1205 North Evans Street Bloomington, IL 61701 | - | | | | | X | | 3,864.00 |
| Account No. **xxxxxx8250** | | | | 12/2008 account | | | | |
| Unitec 212 West Newberry Road Bloomfield, CT 06002 | - | | | | | X | | 73.37 |
| Account No. **unknown** | | | | various dates account | | | | |
| WAM 75 Boulderbrook Circle Lawrenceville, GA 30045 | - | | | | | X | | 609.89 |
| Account No. **x5422** | | | | 07/2011 account | | | | |
| West Fall Plumbing & Heating c/o Rumson, Bolling & Assoc 4570 Van Nuys Blvd. #331 Sherman Oaks, CA 91403 | - | | | | | | | 1,022.99 |

Sheet no. __15__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       587,570.25

B6F (Official Form 6F) (12/07) - Cont.

In re **Bakery Machinery & Fabrication, Inc.** _____ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3-002** <br><br> **White, Marsh, Anderson, Martin, Vickers, Deobler & Goode 511 East Etna Road Ottawa, IL 61350** | - | | various dates account | | X | | 690.20 |
| Account No. **x8750** <br><br> **Wilcoxson & Associates, Ltd. 206 Marquette Street La Salle, IL 61301** | - | | various dates account | | X | | 5,320.00 |
| Account No. **BS06** <br><br> **Wiremation Division 10 Abraso Street PO Box 4647 Lancaster, PA 17601** | - | | 3/2007 account | | X | | 4,135.42 |
| Account No. **x-2267** <br><br> **Zukowski Law Offices 817 Peoria Street PO Box 484 Peru, IL 61354** | - | | 03/2011 account | | X | | 84.00 |
| Account No. | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 10,229.62 |
| Total (Report on Summary of Schedules) | | 744,090.80 |

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Bakery Machinery & Fabrication, Inc.**                                                ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re  **Bakery Machinery & Fabrication, Inc.**                                    ,   Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Cloyd W. Barnes, Jr.**<br>**307 Bakery Avenue**<br>**Peru, IL 61354** | **LaSalle State Bank**<br>**654 First Street**<br>**La Salle, IL 61301** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bakery Machinery & Fabrication, Inc.**                    Case No. _____
                                          Debtor(s)         Chapter   **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

          I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___29___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 30, 2012**                    Signature    **/s/ Cloyd W. Barnes, Jr.**
                                                         **Cloyd W. Barnes, Jr.**
                                                         **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bakery Machinery & Fabrication, Inc.**

                   Debtor(s)

Case No.

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **In 2012 from business income - none** |
| **$0.00** | **In 2011 from business income - none** |
| **$0.00** | **In 2010 from business income - none** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT        SOURCE

**3. Payments to creditors**

None ■   *Complete a. or b., as appropriate, and c.*

　　a.　*Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■   b.　*Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■   c.　*All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Thomas Publishing Co. LLC - ThomasNet.com vs. Bakery machinery & Fabrication, Inc. Case No. 2009-SC-241** | **Small Claims Complaint** | **In the Circuit Court of the 13th Judicial Circuit LaSalle County, Ottawa, IL** | **pending** |
| **Traditional Baking, Inc. vs. Bakery Machinery & Fabrications, Inc. 06 C 5150** | **Suit on account** | **United State District Court, Northern District of Illinois, Eastern Division Chicago, Illinois** | **on 4/15/2008 Judgment in favor of plaintiff in the amount of $582,000.00** |
| **Kathy Moshage d/b/a Solutions Staffing v. Bakery Machinery and Fabrication 09-SC-2228** | **Small Claims Complaint** | **In the Circuit Court of the Thirteenth Judicial Circuit LaSalle County, Ottawa, IL** | **pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Firm of Raymond R. Nolasco**<br>**3815 Progress Blvd., Suite A**<br>**Peru, IL 61354** | **various dates** | **$1,000.00** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                              NAME USED                                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                              DOCKET NUMBER                              STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Bakery Machinery & Fabrication Inc.** | 36-3745617 | **307 Bakery Avenue Peru, IL 61354** | **Build and Re-Build Industrial Bakery Machinery** | **1989 to present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                             ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                             DATES SERVICES RENDERED
**Wilcoxson & Associates, Ltd.**                             **2000 to present**
**206 Marquette Street**
**La Salle, IL 61301**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                           ADDRESS                           DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                             ADDRESS
**Cloyd W. Barnes, Jr.**                                       **307 Bakery Avenue**
                                                              **Peru, IL 61354**

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Cloyd Barnes, Jr.** **451 West 2nd Street** **Oglesby, IL 61348** | **President** | **20% shareholder and Director** |
| **John Barnes** **841 6th Street** **La Salle, IL 61301** | **Secretary** | **20% Shareholder and Director** |
| **Ricardo Barnes** **PO Box 56** **Spring Valley, IL 61362** | **Treasurer** | **20% Shareholder and Director** |
| **Joseph Barnes** **505 Amesbury Drive** **Smithville, MO 64089** | **n/a** | **20 % Shareholder** |
| **Betty Jo Depue** **Rt. 2 Box 2656** **Piedmont, MO 63957** | **n/a** | **20% Shareholder** |

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 30, 2012**                          Signature     **/s/ Cloyd W. Barnes, Jr.**
                                                                **Cloyd W. Barnes, Jr.**
                                                                **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bakery Machinery & Fabrication, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,000.00** |
| Prior to the filing of this statement I have received | $ | **1,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

■    Debtor        ☐    Other (specify):

3.  The source of compensation to be paid to me is:

■    Debtor        ☐    Other (specify):

4.  ■    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 30, 2012**

**/s/ Raymond R. Nolasco**
**Raymond R. Nolasco**
**Law Firm of Raymond R. Nolasco**
**3815 Progress Blvd., Suite A**
**Peru, IL 61354**
**815-224-8157  Fax: 815-224-8159**
**NolascoLaw@comcast.net**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bakery Machinery & Fabrication, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **127**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 30, 2012**

**/s/ Cloyd W. Barnes, Jr.**

**Cloyd W. Barnes, Jr./President**

Signer/Title

A & B Auto Supply
PO Box 1295
La Salle, IL 61301


Airgas North Central
1801 Marinette Avenue
PO Box 257
Marinette, WI 54143


Alliant Law Group, P.C.
2860 Zanker Road, Suite 105
San Jose, CA 95134


Ameren Illinois
PO box 2522
Decatur, IL 62525


Ameren IP c/o State Collection Svc
2509 S. Stoughton Road
Madison, WI 53701


American Recovery Service Inc.
555 St. Charles Drive, Suite 100
Thousand Oaks, CA 91360


Apple Press
329 N. 25th Road
Peru, IL 61354


Applied Industrial Technologies
2901 Peoria Street
Peru, IL 61354


Applied Land Analysis, Inc.
PO Box 651
Plainfield, IL 60544


Arrow Financial Services
5996 W Touhy Avenue
Niles, IL 60714


Arthur J. Inman
411 Hamilton Blvd., Suite 1302
Peoria, IL 61602

```
AT&T
PO Box 7951
Westbury, NY 11590


AT&T c/o Afni, Inc.
1310 MLK Drive
PO Box 3517
Bloomington, IL 61702


AT&T c/o Afni, Inc.
c/o Dept 555
PO Box 4115
Concord, CA 94524


ATG Credit LLC
PO Box 14895
Chicago, IL 60614


Automation Now, Inc.
PO Box 494
Cypress, CA 90630


B.E.M.A.
7101 College Blvd., Suite 1505
Overland Park, KS 66210


BDI
25 South Sixth Street
Princeton, IL 61356


Beacut Abrasives Corp
788 Paterson Avenue
East Rutherford, NJ 07073


Berndorf Beat Technology USA
2525 Bath Road
Elgin, IL 60123


C. Edwin Walker
411 Hamilton Blvd., Suite 1710
Associated Bank Building
Peoria, IL 61602
```

Caine & Weiner
1699 East Woodfield Road
Schaumburg, IL 60173


Capital Management Services, LP
726 Exchange Street Suite 700
Buffalo, NY 14210


Carlin Automation, Inc.
PO Box 3431
1725 20th Street
Rock Island, IL 61201


CBCS
PO Box 69
Columbus, OH 43216


CCR Communications Credit &
Recovery Corp
200 Garden City Plaza, Suite 200
Garden City, NY 11530


Chamlin & Associates
3017 Fifth Street
Peru, IL 61354


Cisco, Inc.
PO Box 801088
Houston, TX 77280


City of Peru
1901 Fourth Street
PO Box 299
Peru, IL 61354


Clearco Products Co. Inc.
3430G Progress Drive
PO Box 923
Bensalem, PA 19020


Cloyd W. Barnes, Jr.
307 Bakery Avenue
Peru, IL 61354

Coface Collections North America, I
3001 Division Street
Metairie, LA 70002


Collection Professionals Inc.
723 First Street
La Salle, IL 61301


Complete Indusctial & Electric
1220 Wenzel Road
Peru, IL 61354


Cosmopaltoon Services
1606 Colonial Parkway
Inverness, IL 60067


Credit Clearing House, Inc.
925 Westchester Avenue, Suite 101
White Plains, NY 10604


Crescent Electric Supply Co.
HSBC
PO Box 5239
Carol Stream, IL 60197


Culligan Water Conditioning
413 West Jefferson Street
Ottawa, IL 61350


Debo Ace Hardware
1713 4th Street
Peru, IL 61354


Debt Alert RMS
4836 Brecksville Road
PO Box 498
Richfield, OH 44286


Double R Mfg.
Box 107
310 Walnut Street
Leonore, IL 61332

Elmore Electric, Inc.
205 North Street - Dover
Princeton, IL 61356


Evergreen Supply Company
9501 Torrance Avenue
Chicago, IL 60617


Fabrication Specialties
8301 South 77th Avenue
Bridgeview, IL 60455


Fastenal
# 2 Unytite Drive
Peru, IL 61354


Fedelity National Credit Services,
PO Box 3051
Orange, CA 92857


Ferguson Enterprises, Inc.
1401 N. Cicero Avenue
Chicago, IL 60651


Ferrellgas
PO Box 173940
Denver, CO 80217


Franklin Collection Services, Inc.
PO Box 3910
Tupelo, MS 38803


G & K Services
5611 11th Street
Rockford, IL 61109


Greenberg, Grant & Rochards, Inc.
5858 Westheimer, Suite 500
Houston, TX 77057


Greg Prey Trucking
237 First Street
La Salle, IL 61301

Harvard Collection Services, Inc.
4839 N. Elston Avenue
Chicago, IL 60630

Home Comfort Insulation
3110 West Alta Lane
Peoria, IL 61615

HSBC Business Solutions
PO Box 5239
Carol Stream, IL 60197

Hutchinson, Warren & Assoc.
39393 Van Dyke, Suite 103
Sterling Heights, MI 48311

I.C. System, Inc.
444 Highway 96 East
PO Box 64378
Saint Paul, MN 55164

IC Systems
PO Box 5404
Saint Paul, MN 55164

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794

Indiana Insurance Company
PO Box 2056
Keene, NH 03431

Internal Revenue Service
2001 Butterfield Road
Downers Grove, IL 60515

Joe Hatzer & Sons
602 Lundy Street
Streator, IL 61364

John Pohar & Sons
2253 Crosat Street
La Salle, IL 61301

Joseph Mann & Creed
2105 Reliable Parkway
Chicago, IL 60686


Kenneth R. McEvoy
628 Columbus Street, Suite 107
Ottawa, IL 61350


King Tire
237 First Street
La Salle, IL 61301


Kurt Geldean Excavating
25069 1200 E Street
Walnut, IL 61376


Landstar Inway
12793 Collections Crt Drive
Chicago, IL 60693


LaSalle State Bank
654 First Street
La Salle, IL 61301


Lawn and Garden
240 First Street
La Salle, IL 61301


Leone Grain & Supply Inc.
Rt. 1 3052 E 103rd Road
Peru, IL 61354


Lost Creek Machine
3277 E18th Road
Ottawa, IL 61350


Lumsden Corp
PO Box 4647
Lancaster, PA 17604


Magna Mixer Company
7811 Palace Drive
Cincinnati, OH 45249

Marengo Value and Foundry LLC
PO Box 46
Marengo, IL 60152


Maxon
PO box 2068
Muncie, IN 47307


McMaster-Carr Supply Company
PO Box 7690
Chicago, IL 60680


Menards/HSBC Business Solutions
PO Box 4160
Carol Stream, IL 60197


Mertel Gavel Company
2400 West Water Street
Peru, IL 61354


MH Equipment - Ottawa
4110 M.W.M Lane
Ottawa, IL 61350


Michael D. Barge and Assoc
PO Box 5091
Rockford, IL 61125


Money Management
934 University Drive
PMB 141
Coral Spring, FL 33071


Motion Industries
2017 Fourth Street
Peru, IL 61354


MSC Industrial Supply
75 Maxess Road
Melville, NY 11747


MSC Industrial Supply
Dept CH 0075
Palatine, IL 60055

Munson Excavating & Septic
3518 E 9th Road
Utica, IL 61373


News Tribune
426 Second Street
La Salle, IL 61301


Northland Group Inc
PO Box 390846
Minneapolis, MN 55439


Northland Group, Inc.
PO box 390846
Minneapolis, MN 55439


Novoselsky Law Offices
120 North LaSalle Street
Suite 1400
Chicago, IL 60602


Penton Media, Inc
1300 East 9th Street
Cleveland, OH 44114


Peru Trade Center (PDLT)
300 West Fifth Street
Peru, IL 61354


Putnam County Painting
PO Box 20
Rt. 71 Mark Industrial Park
Mark, IL 61340


Quick Kill
Streator, IL 61364


R. Farrales & Assoc.
One South Dearborn 21st Floor
Chicago, IL 60603

Receivable Management Services
77 Hartland Street, Suite 401
PO Box 280431
East Hartford, CT 06128


Rickey Sales & Service, Inc.
Third and Railroad
Henry, IL 61537


Rockford Industrial Welding Supply
4646 Linden Road
Rockford, IL 61109


RSC Equipment Rental
2901 N Peoria Street
Peru, IL 61354


Russell, English, Scoma & Beneke
Ten Park Avenue West
Princeton, IL 61356


Sandvik Process Systems, Inc.
21 Campus Road
Totowa, NJ 07512


Siater, Tenaglia, Fritz & Hunt
PO Box 5476
Mount Laurel, NJ 08054


Smith's Sales and Service
1604 Peoria Street
Peru, IL 61354


Solution Staffing
141 Gooding Street
La Salle, IL 61301


Specialized Staffing Solutions
PO Box 931974
Cleveland, OH 44193


Springfield Electric Supply Co.
PO Box 400
Peru, IL 61354

Stein Rotman
105 West Madison Street
Chicago, IL 60602


Steyer Seeds
107 Cedar Grove Road
Mendota, IL 61342


Streator Machine Co.
504 E. Larue Street
Streator, IL 61364


Tate & Kirlin Assoc
2810 Southampton Road
Philadelphia, PA 19154


Thomas Net
5 Penn Plaza
New York, NY 10001


Thomas Publishing Co LLC
c/o Attorney Robert Steele
PO Box 517
La Salle, IL 61301


Tishler & Wald, Ltd.
200 South Wacker Drive, Suite 3000
Chicago, IL 60606


TJS Excatving, Inc.
PO Box 744
1603 W. Division Street
Mendota, IL 61342


Traditional Banking Company
c/o Allied national, Inc.
980 No. Michigan Ave., Ste 1400
Chicago, IL 60611


Tsetse Fly
1205 North Evans Street
Bloomington, IL 61701

Unitec
212 West Newberry Road
Bloomfield, CT 06002

United Commercial Collections
105 Earhart Drive, Suite 104
Buffalo, NY 14221

WAM
75 Boulderbrook Circle
Lawrenceville, GA 30045

West Asset Management
7171 Mercy Road
Omaha, NE 68106

West Fall Plumbing & Heating
c/o Rumson, Bolling & Assoc
4570 Van Nuys Blvd. #331
Sherman Oaks, CA 91403

Westfall Plumbing & Heating
122 Elliot Lane
Princeton, IL 61356

White, Marsh, Anderson, Martin,
Vickers, Deobler & Goode
511 East Etna Road
Ottawa, IL 61350

Wilcoxson & Associates, Ltd.
206 Marquette Street
La Salle, IL 61301

Windham Professionals
382 Main Street
Salem, NH 03079

Wiremation Division
10 Abraso Street
PO Box 4647
Lancaster, PA 17601

Zukowski Law Offices
817 Peoria Street
PO Box 484
Peru, IL 61354

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Bakery Machinery & Fabrication, Inc.__                                Case No.
                                    Debtor(s)                                    Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Bakery Machinery & Fabrication, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■  None [*Check if applicable*]

__June 30, 2012__                        __/s/ Raymond R. Nolasco__
Date                                     __Raymond R. Nolasco__
                                         Signature of Attorney or Litigant
                                         Counsel for   __Bakery Machinery & Fabrication, Inc.__
                                         __Law Firm of Raymond R. Nolasco__
                                         __3815 Progress Blvd., Suite A__
                                         __Peru, IL 61354__
                                         __815-224-8157 Fax:815-224-8159__
                                         __NolascoLaw@comcast.net__